# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LAVELL D. LOVE,

        Petitioner,

  v.                                      Case No. 11-CV-00790

JEFFREY PUGH, Warden,
Stanley Correctional Institution,

        Respondent.

## DECISION AND ORDER

      Lavell D. Love was convicted in a Wisconsin state court of second degree reckless homicide, while armed, and he is currently incarcerated at Stanley Correctional Institution. On August 23, 2011, he filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, asserting that his state court conviction and sentence were imposed in violation of the United States Constitution. He also filed a motion to stay the proceedings in this case while he exhausts additional claims in state court. After respondent filed a brief in opposition to the motion to stay, petitioner asked for additional time to file a reply brief in support of the motion. I granted his request for an extension of time, and set the deadline for his reply brief for February 23, 2012. This deadline has now passed and petitioner has yet to file his brief. I will give petitioner one final opportunity to file a reply brief in support of the motion by extending the deadline to June 15, 2012. If petitioner does not file his brief by that date, I will decide the motion based on the pleadings already filed with the court.

**THEREFORE, IT IS ORDERED** that petitioner has until **June 15, 2012** to file a **REPLY BRIEF IN SUPPORT** of the motion. If petitioner does not file a reply brief by this date, the motion will be decided based on the pleadings already filed with the court.

Dated at Milwaukee, Wisconsin, this 15th day of May 2012.

        s/ Lynn Adelman
        LYNN ADELMAN
        District Judge