UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**LAVELL D. LOVE,**
        Petitioner,

    v.                           Case No. 11-CV-00790

**JEFFREY PUGH, Warden,**
Stanley Correctional Institution,
        Respondent.

---

## DECISION AND ORDER

Pro se petitioner Lavell D. Love was convicted in a Wisconsin state court of second degree reckless homicide, while armed, and is currently incarcerated at Stanley Correctional Institution. He filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, asserting that his state court conviction and sentence were imposed in violation of the United States Constitution. On September 28, 2012, respondent filed a motion to dismiss the petition as untimely filed. Petitioner had 45 days following the filing of this motion to file a brief in opposition. This deadline has now passed and petitioner has yet to file a brief.

**THEREFORE, IT IS ORDERED** that petitioner has until **December 14, 2012** to file his brief in opposition to defendant's motion to dismiss. If petitioner fails to file a brief by this deadline, I will grant the motion as unopposed.

Dated at Milwaukee, Wisconsin, this 20th day of November 2012.

                                            s/ Lynn Adelman
                                            LYNN ADELMAN
                                            District Judge